### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12 cr 59-5

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **DANIEL RYAN ROBINSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Detention Hearing (#149) filed by counsel for Defendant. At the call of the matter on for hearing it appeared that Defendant was requesting that he be released so he could attend an inpatient drug treatment program at the Swain Recovery Center. The government had no objection to Defendant being released for that purpose.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Detention Hearing (#149) is hereby **ALLOWED** and Defendant is released on terms and conditions of pretrial release as issued by this Court so he can attend the Swain Recovery Center drug treatment program.

Signed: November 20, 2013



Dennis L. Howell
United States Magistrate Judge