IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CR 59

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DANIEL RYAN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Detention Modification (#195) filed by counsel for Defendant. It appears to the Court that on December 23, 2015 Defendant waived a detention hearing (#192) in regard to allegations contained in a Petition (#188) that alleges he has violated terms and conditions of supervised release. It further appears that what Defendant is actually requesting is a detention hearing.

At the call of this matter on for hearing, it appeared that Defendant was present with his counsel Nathan J. Stallings and the Government was present through AUSA Thomas Kent. From the statements made by Mr. Stallings and by Mr. Kent and from the records in this cause, the undersigned has determined to enter an order allowing the motion of the Defendant and entering an Order releasing Defendant on terms and conditions of prehearing release.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Detention Modification (#195) considered by the Court as a motion for detention hearing is **ALLOWED**. After hearing the motion, the Defendant has been released on terms and conditions of supervised release that shall appear of record (#196) and (#197).

Signed: January 25, 2016

Dennis L. Howell
United States Magistrate Judge